## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

In Re:

|  |  |
|---|---|
| : | Case No. 13-30916 |
| Jeffrey Francis Waldnig : |  |
| Tamera Sue Waldnig : | Chapter 13 |
| : | Judge Walter |

Debtors

### NOTICE OF FILING OF CHANGE OF ADDRESS

Now come the Debtors, Jeffrey and Tamera Waldnig, through counsel, who respectfully notifies the Court that they have moved and that their new address is as follows:

1030 Rosedale Rd.
Irwin OH 43029

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2015 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**